

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2020

No. 04-20-00033-CR

Miguel Angel **MONTEZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8548
The Honorable Jennifer Pena, Judge Presiding

## O R D E R

The State's brief was due on October 5, 2020 pursuant to a letter notice issued by the clerk of this court stating that the brief was late. *See* TEX. R. APP. P. 38.8(b)(2). Neither the State's brief nor a response to our notice has been filed in this court. We therefore ORDER the State to file its appellee's brief *no later than thirty (30) days* from the date of this order. If the State's brief is not filed by that date, this appeal will be set at issue without the benefit of an appellee's brief.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court